```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        :

    v.                           :
                                             Criminal NO. AMD-00-0242
                                             Civil Action NO. AMD-00-91

RONALD ALEXANDER                :

                        ...oOo...

### Amended Certificate of Service

This is to certify that on this 10th Day of June, 2008, a copy of the Government's Motion to Dismiss Rule 33 Motion was mailed by first class mail, postage pre-paid, to the petitioner: Ronald Alexander, Reg. No. 34187-037, FCI Cumberland, Federal Correction Institution, P.O. Box 1000, Cumberland, MD 21501.


                                         _____/s/_____
                                         Jamie S. Bennett
                                         Assistant United States Attorney